IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ANDREWS<br>    Petitioner, | : | CIVIL ACTION |
| v. | : | |
| DEBRA SAUERS, et al.,<br>    Respondents. | : | NO. 11-2921 |

## ORDER

PETRESE B. TUCKER, J.

AND NOW, this 8th day of Sept, 2011, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of *Habeas Corpus* is DENIED without prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
PETRESE B. TUCKER, J.