IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL ANDREWS                     :          CIVIL ACTION
      Petitioner,               :
                                    :
  v.                                :
                                    :
DEBRA SAUERS, et al.,               :          NO. 11-2921
      Respondents.              :

## ORDER

PETRESE B. TUCKER, J.

     AND NOW, this _8th_ day of _Sept_, 2011, upon careful and independent

consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and

Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

    1.    The Report and Recommendation is APPROVED and ADOPTED.

    2.    The petition for Writ of *Habeas Corpus* is DENIED without prejudice.

    3.    There is no probable cause to issue a certificate of appealability.

    4.    The Clerk of the Court shall mark this case closed for statistical purposes.


BY THE COURT:


_Petrese B. Tucker_
PETRESE B. TUCKER, J.